UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
MAY 2 8 2009

*********************************************************

| | | |
|---|---|---|
| MELISSA VOSS, | * | CIV. 07-4143 |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | JUDGMENT |
| vs. | * | |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | * | |

*********************************************************

In accordance with the Jury's Verdict dated May 22, 2009, (Doc. 127),

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Defendant, State Farm Fire and Casualty Company, and that if Defendant is pursing costs it shall proceed in accordance with the requirements of Rule 54.1 of the LOCAL RULES OF PRACTICE OF THE DISTRICT OF SOUTH DAKOTA.

Dated this 28th day of May, 2009.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)    DEPUTY